## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **REGINALD TROY WILLINGHAM,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 24-CV-6052** |
| | : | |
| **KATHLEEN J. BOYER,** | : | |
| **Defendant.** | : | |

### ORDER

AND NOW, this 20th day of February, 2025, upon consideration of Reginald Troy

Willingham's *pro se* Amended Complaint (ECF No. 13), it is **ORDERED** that:

1. The Court's prior Order dismissing this case with prejudice (ECF No. 11) is

**VACATED**.

2. Willingham's Amended Complaint is **DISMISSED WITH PREJUDICE** for

failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons stated in the

Court's Memorandum.

3. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

_____

**KAI N. SCOTT, J.**